VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Rachel Ochoa

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 –00846 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| RACHEL OCHOA, | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United

States Attorney Jeffrey Schenk, and defendant Rachel Ochoa, by and through her counsel Vicki H.

Young, that the sentencing date of July 18, 2011, be continued to September 12, 2011.  The reason

for this continuance is that the defense counsel did not schedule the presentence interview in time for

the current sentencing date due to her caseload demands.  Defense counsel also needs additional

time to obtain documents to assist in sentencing.

U.S.P.O. Ben Flores has been advised of this request for a continuance, and has no objection

to the continuance.

///

///

STIP AND [PROPOSED]  ORDER

1    It is so stipulated.

2    Dated: June 10, 2011                      Respectfully submitted,

3                                              /s/ Vicki H. Young
4                                              VICKI H. YOUNG, ESQ.
                                               Attorney for Rachel Ochoa
5

6    Dated: June 10, 2011                      MELINDA HAIG
7                                              UNITED STATES ATTORNEY

8                                              /s/  Jeffrey Schenk
9                                              JEFFREY SCHENK
                                               Assistant United States Attorney
10

11

12

13

14                         ~~PROPOSED~~ ORDER

15        For the reasons set forth above in the stipulation between the parties, and good cause

16   appearing therefor,

17        IT IS HEREBY ORDERED that the sentencing date of July 18, 2011, at 1:30 p.m. is

18   continued to September 12, 2011, at 1:30 p.m.

19   DATE:  June 14, 2011

20                                              _____
                                               EDWARD J. DAVILA
21                                             United States District Judge

22

23

24

25

26

STIP AND [PROPOSED]  ORDER
                              - 2 -