VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Defendant Rachel Ochoa

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10 –00846 EJD |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING; |
| vs. | ) | [~~PROPOSED~~] ORDER |
| | ) | |
| RACHEL OCHOA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United

States Attorney Jeffrey Schenk, and defendant Rachel Ochoa, by and through her counsel Vicki H.

Young, that the sentencing date of September 12, 2011, be continued to October 3, 2011.  The

reason for this continuance is that defense counsel needs additional time to obtain records and to

prepare the sentencing memorandum..

U.S.P.O. Ben Flores has been advised of this request for a continuance, and has no objection

to the continuance.

///

///

///

STIP AND [PROPOSED]  ORDER

1      It is so stipulated.

2  Dated: Aug. 2, 2011                          Respectfully submitted,

3
                                               /s/ Vicki H. Young
4                                              VICKI H. YOUNG, ESQ.
                                               Attorney for Rachel Ochoa
5

6
   Dated: Aug. 2, 2011                         MELINDA HAIG
7                                              UNITED STATES ATTORNEY

8
                                               /s/  Jeffrey Schenk
9                                              JEFFREY SCHENK
                                               Assistant United States Attorney
10

11

12

13
                              ~~PROPOSED~~ ORDER
14

15      For the reasons set forth above in the stipulation between the parties, and good cause

16  appearing therefor,

17      IT IS HEREBY ORDERED that the sentencing date of September 12, 2011, at 1:30 p.m. is

18  continued to October 3, 2011, at 1:30 p.m.

19  DATE: ___August 4, 2011___

20
                                               _____
21                                             EDWARD J. DAVILA
                                               United States District Judge
22

23

24

25

26

STIP AND [PROPOSED]  ORDER
                                    - 2 -