1  VICKI H. YOUNG
   Law Offices of Vicki H. Young
2  706 Cowper Street, Suite 205
   Palo Alto, California 94301

3
   Telephone (415) 421-4347
4
   Counsel for Defendant Rachel Ochoa
5

6
                    **IN THE UNITED STATES DISTRICT COURT**
7
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9

10  UNITED STATES OF AMERICA,            )       No. CR 10 –00846 EJD
                                         )
11           Plaintiff,                  )       STIPULATION TO CONTINUE
                                         )       SENTENCING;
12           vs.                         )       [PROPOSED] ORDER
                                         )
13  RACHEL OCHOA,                        )
                                         )
14           Defendants.                 )
    ─────────────────────────────────   )

15

16
         It is hereby stipulated between the United States of America, by and through Assistant United
17
    States Attorney Jeffrey Schenk, and defendant Rachel Ochoa, by and through her counsel Vicki H.
18
    Young, that the sentencing date of October 3, 2011, be continued to October 17, 2011.  The reason
19
    for this continuance is that defense counsel needs additional time to prepare the sentencing
20
    memorandum.
21
         U.S.P.O. Ben Flores has been advised of this request for a continuance, and has no objection
22
    to the continuance.
23
    ///
24
    ///
25
    ///
26

    STIP AND [PROPOSED]  ORDER
                                         - 1 -

1    It is so stipulated.

2    Dated: Sept. 12, 2011                          Respectfully submitted,

3
                                                    /s/ Vicki H. Young
4                                                   VICKI H. YOUNG, ESQ.
                                                    Attorney for Rachel Ochoa
5

6
     Dated: Sept. 12, 2011                          MELINDA HAIG
7                                                   UNITED STATES ATTORNEY

8
                                                     /s/   Jeffrey Schenk
9                                                   JEFFREY SCHENK
                                                    Assistant United States Attorney
10

11

12

13

14                            ~~PROPOSED~~ ORDER

15    For the reasons set forth above in the stipulation between the parties, and good cause

16    appearing therefor,

17    IT IS HEREBY ORDERED that the sentencing date of October 3, 2011, at 1:30 p.m. is

18    continued to October 17, 2011, at 1:30 p.m.

19    DATE:  September 19, 2011

20
                                                    EDWARD J. DAVILA
21                                                  United States District Judge

22

23

24

25

26

STIP AND [PROPOSED]  ORDER
                                      - 2 -